UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
Mario Milgam                                      Case No.: 13-20809-RBR
Adela Z. Milgam                                   Chapter 13
            Debtor(s).
_____/

**MOTION TO ALLOW SALE OF HOMESTEAD PROPERTY AND
CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

COME(S) NOW the Debtor(s), MARIO MILGAM and ADELA Z. MILGAM, by and

through the undersigned attorney, and moves this court to allow the debtor(s) to sell the homestead

property and would state as follows:

1.      The Debtors filed for Chapter 13 bankruptcy on May 8, 2013.

2.      The 341 Meeting of Creditors was held on June 25, 2013.

3.      The Debtors' claimed homestead property located at **2751 South Ocean Drive, Unit**

        **#1405 N, Hollywood, FL 33019** as exempt in this Bankruptcy case

4.      The time period to object to exemptions has expired.

5.      The Debtors have a contract to sell the homestead property. Attached hereto as

        Exhibit "A" is a copy of the Sales Contract.  The proceeds from the sale will be used

        for the purchase of another homestead property.

6.      The Debtors are in need of a Court Order approving the sale of the homestead

        property.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the

aforementioned grounds.

CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and
I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion served in the manner described below,
on _ September 14, 2016 _, upon:

**13-20809-RBR Notice will be electronically mailed to:**

Stefan Beuge, Esq. on behalf of Creditor Wells Fargo Bank, N.A,
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Connie J Delisser, Esq. on behalf of Creditor Bank of America N.A.
cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com

Connie J Delisser, Esq. on behalf of Creditor Bank of America, N.A.
cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com

Paul K Kim on behalf of Creditor Aquarius Condominium Association, Inc.
paul@condo-laws.com, contact@condo-laws.com

Gerard M Kouri Jr., Esq on behalf of Creditor Bank of America N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Jennifer Laufgas on behalf of Debtor Mario Milgam
ecf@nowackolson.com, mjnmyecfmail@gmail.com;jennifer@nowackolson.com

Jennifer Laufgas on behalf of Joint Debtor Adela Z Milgam
ecf@nowackolson.com, mjnmyecfmail@gmail.com;jennifer@nowackolson.com

Stephen H Lebovitz on behalf of Creditor Aquarius Condominium Association, Inc.
shl@lebovitzlaw.com

Stephen J Modric on behalf of Creditor Wells Fargo Bank, N.A.
ecf@butlerandhosch.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dean R. Prober, Esq. on behalf of Creditor Bank of America, N.A., C/O
cmartin@pralc.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**13-20809-RBR Notice mailed to:**

Bank of America
PO Box 15312
Wilmington, DE 19850-5312

Bank of America
PO Box 15312
Wilmington, DE 19850-5312

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
POB 80730
Rochester, MI 48308


1.


*Law Offices of*
NOWACK & OLSON, PLLC
Attorney for Debtor(s)
8180 NW 36th Street, Suite 209
Miami, FL 33166
(305) 698-2265

/s/ Mitchell J. Nowack
MITCHELL J. NOWACK, ESQ.
Florida Bar Number: 099661